DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

ARMSTRONG v. TOWN OF BEAUFORT

No. 38P88.

Case below: 88 N.C. App. 311.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

BARNHILL SANITATION SERVICE v. GASTON COUNTY

No. 655P87.

Case below: 87 N.C. App. 532.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

BLACK HORSE RUN PPTY. OWNERS ASSOC. v. KALEEL

No. 58P88.

Case below: 88 N.C. App. 83.

Petition by defendant for writ of certiorari to the North Carolina Court of Appeals denied 9 March 1988.

CARDWELL v. FORSYTH COUNTY
ZONING BD. OF ADJUSTMENT

No. 77P88.

Case below: 88 N.C. App. 244.

Petition by defendants (Stone, Ayers and Martin Marietta) for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988. Petition by defendants (County Appellants) for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.

COLEY v. GARRIS

No. 634P87.

Case below: 87 N.C. App. 493.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 9 March 1988.